**LEE TRAN & LIANG APLC**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Lisa Chin (SBN 259793)
lisa.chin@ltlattorneys.com
702 Marshall Street, Suite 411
Redwood City, California
Telephone: (650) 241-2140
Facsimile: (213) 612-3773

Attorneys for Plaintiff
Easton-Bell Sports, Inc.

**KILPATRICK TOWNSEND & STOCKTON LLP**
Gregory S. Gilchrist (SBN 111536)
ggilchrist@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  415-576-0200
Facsimile:   415-576-0300

William Brewster (*pro hac vice*)
bbrewster@kilpatricktownsend.com
Jessica A. Pratt (*pro hac vice*)
japratt@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309
Telephone:  404-815-6500
Facsimile:   404-815-6555

Attorneys for Defendant
E.I. de Pont de Nemours and Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASTON-BELL SPORTS, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation, aka DUPONT, and DOES 1 through 10, | Case No.: 3:13-cv-00283-NC<br><br>**STIPULATED REQUEST TO CONTINUE THE DEADLINE FOR COMPLETING ADR AND TO AMEND SCHEDULING ORDER WITH [~~PROPOSED~~] ORDER**<br><br>Magistrate Judge Nathanael M. Cousins |

---

STIPULATED REQUEST TO CONTINUE DEADLINE FOR COMPLETING ADR AND TO AMEND
SCHEDULING ORDER WITH [~~PROPOSED~~] ORDER

1 | Defendants.
2 | E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation,
3 |
4 | Counterclaim-Plaintiff,
5 | v.
6 | EASTON-BELL SPORTS, INC a Delaware corporation,
7 |
8 | Counterclaim-Defendant.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST TO CONTINUE DEADLINE FOR COMPLETING ADR AND TO AMEND SCHEDULING ORDER WITH [PROPOSED] ORDER

Pursuant to Local Rule 6-2, this Stipulated Request is entered into by and between Plaintiff/Counterclaim-Defendant Easton-Bell Sports, Inc. ("Easton-Bell"), and Defendant/Counterclaim-Plaintiff E.I. du Pont de Nemours and Company ("DuPont") by and through their respective counsel.

1.  The parties have met and conferred and propose (a) an extension of the deadline to complete the Alternative Dispute Resolution process of Early Neutral Evaluation and (b) amendment to the Case Management Scheduling Order as set forth below.

2.  The deadline for completing the Alternative Dispute Resolution process of Early Neutral Evaluation currently is set for August 5, 2013, as requested by the parties (Dkt. No. 37).

3.  The Court entered the Case Management Scheduling Order on May 1, 2013 (Dkt. No. 33).

4.  The parties have met and conferred and propose (a) continuing the deadline for completing Alternative Dispute Resolution to August 26, 2013 and (b) amending the Case Management Scheduling Order as follows:

| Item | Original Deadline in Case Management Report (Dkt. No. 33) | Amended Deadline |
|---|---|---|
| Completion of Non-Expert Discovery | September 6, 2013 | October 30, 2013 |
| Plaintiff's disclosure of expert witness opinions | September 27, 2013 | November 20, 2013 |
| Defendant's disclosure of expert testimony and reports | October 28, 2013 | December 20, 2013 |
| Close of expert discovery | November 27, 2013 | January 15, 2014 |

5.  The parties believe good cause exists for these amendments because they have made significant progress in working toward a potential negotiated settlement, and anticipate that they will be in a position to execute an agreement prior to August 26, 2013.  The parties' proposed deadlines will not affect the Court's dispositive motion hearing deadline, which will remain as previously set (February 5, 2014).

1  WHEREFORE, the parties respectfully request that the Court enter an Order adopting the deadlines suggested herein.

Respectfully Submitted,

DATED: August 5, 2013                LEE TRAN & LIANG APLC

/s/ Enoch H. Liang
Enoch H. Liang
Attorney for Plaintiff Easton-Bell Sports, Inc.

DATED: August 5, 2013                KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Jessica A. Pratt
Jessica A. Pratt
Attorney for Defendant E.I. du Pont de Nemours and Company

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____August 6_____, 2013

_____
Nathanael M. Cousins
United States

**GRANTED**
Judge Nathanael M. Cousins

-2-
STIPULATED REQUEST TO CONTINUE DEADLINE FOR COMPLETING ADR AND TO AMEND SCHEDULING ORDER WITH [~~PROPOSED~~] ORDER

### ECF ATTESTATION

I, Jessica A. Pratt, am the ECF user whose identification and password are being used to file the parties' Joint Motion to Continue Deadline for Completing ADR and to Amend Scheduling Order with [PROPOSED] Order.  In compliance with Civil Rule 5.1, I hereby attest that concurrence in the filing of this document has been obtained from Lisa Chin.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of August 2013.


/s/ Jessica A. Pratt
Jessica A. Pratt
Attorney for Defendant/Counterclaim-Plaintiff